IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN PATRICK REILLY,

    Petitioner,

v.                                Case No. 4:14cv663-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 6. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** for lack of jurisdiction. A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 21, 2015.**

                                                s/Mark E. Walker              
                                              **United States District Judge**